October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Mr. Harold P. Small* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key, Wm. H. Riley, Jr.,* and *Miss Helen R. Carloss* for respondent.

No. 215. PALMER *v.* BENDER, ADMINISTRATRIX. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. Henry P. Dart, Jr., Fred R. Angevine, John H. Tucker, Jr.,* and *Henry P. Dart* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Sewall Key, Andrew D. Sharpe,* and *Erwin N. Griswold* for respondent.

No. 227. ROGERS *v.* GUARANTY TRUST Co. ET AL. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Evan Shelby* and *Richard Reid Rogers* for petitioner. *Messrs. John W. Davis, William M. Parke,* and *Nathan L. Miller* for respondents.

Nos. 228 and 229. GEORGE A. OHL & Co. *v.* A. L. SMITH IRON WORKS. October 17, 1932. Petition for writs of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Messrs. Lee M. Friedman* and *Louis B. King* for petitioner. *Messrs. Lowell A. Mayberry* and *Robert Gallagher* for respondent.

No. 272. NORWEGIAN NITROGEN PRODUCTS Co. *v.* UNITED STATES. October 17, 1932. Petition for writ of